*In re* **MULLER**, Kurt Alexander
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed. Respondent Kurt Alexander Muller is censured and shall complete the Professionalism Seminar of the Professional Responsibility Institute within six months of the Court's order.